| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | Wayne E. Williams | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
David Rafael RODRIGUEZ-DELGATO a/k/a David Rafael RODRIGUEZ-DELGADO,

Case: 2:25−mj−30665
Assigned To : Unassigned
Assign. Date : 10/27/2025
Description: CMP USA v Rodriquez−Delgado (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 24, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 27, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__     Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating David Rafael RODRIGUEZ-DELGATO, a/k/a David Rafael RODRIGUEZ-DELGADO, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by David Rafael RODRIGUEZ-DELGATO, a/k/a David Rafael RODRIGUEZ-DELGADO.

4. David Rafael RODRIGUEZ-DELGATO is a twenty-four-year-old male, native and citizen of Venezuela who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about June 14, 2022, RODRIGUEZ-DELGATO was arrested by United States Border Patrol near Brownsville, Texas. He was processed as a notice to appear and claimed credible fear.

6. On or about August 4, 2022, RODRIGUEZ-DELGATO was ordered removed by an Immigration Judge in Port Isabel, Texas. He was released from Immigration and Customs Enforcement custody due to Venezuela not accepting flights of removed persons.

7. Immigration records indicate that on or about January 1, 2023, RODRIGUEZ-DELGATO self-removed himself from the United States to Canada, as verified through his fingerprints taken in Canada.

8. On or about October 24, 2025, RODRIGUEZ-DELGATO was arrested by United States Border Patrol near Sterling Heights, Michigan after Sterling Heights Police Department requested assistance on a traffic stop in identifying a subject. After placing RODRIGUEZ-DELGATO in handcuffs he became actively resistant while entering the marked patrol unit. RODRIQUEZ-DELGATO at one point kicked the door closed of the patrol unit, hindering getting him into the back seat. Agents were able to secure RODRIQUEZ-DELGATO in the back seat and proceeded to Detroit Station for further processing. He was processed as a reinstatement of prior order of removal.

9. David Rafael RODRIGUEZ-DELGATO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RODRIGUEZ-DELGATO is a citizen of Venezuela with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that RODRIGUEZ-DELGATO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Review of the Alien File (A# xxx xxx 448) for David Rafael RODRIGUEZ-DELGATO a/k/a David Rafael RODRIGUEZ-DELGADO and queries in Department of Homeland Security databases confirm no record exists of RODRIGUEZ-DELGATO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on January 8, 2023.

12. Based on the above information, I believe there is probable cause to conclude that David Rafael RODRIGUEZ-DELGATO, a/k/a David Rafael

RODRIGUEZ-DELGADO, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Complainant's signature

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge